JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT KULKARNI,<br><br>            Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, Commissioner of<br>Social Security,<br><br>            Defendant. | Case No. 8:19-CV-1406 (VEB)<br><br>JUDGMENT |

For the reasons set forth in the accompanying Decision and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is

GRANTED; (3) judgment is entered in the Commissioner's favor; and (4) the Clerk of the Court shall CLOSE this case.

DATED this 29th day of October, 2020

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE

JUDGMENT – KULKARNI v SAUL 8:19-CV-01406-VEB